USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFRY ZICCARELLI,

   Plaintiff,

-against-

NYU HOSPITALS CENTER a/k/a
NYU LANGONE MEDICAL CENTER, et al.

   Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

**ORDER**

15-CV-9307 (JGK) (KNF)

IT IS HEREBY ORDERED that a telephone conference shall be held in the above captioned action on February 28, 2020, at 4:30 p.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
   February 21, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE