```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
――――――――――――――――――――――――――――――――
JEFFREY ZICCARELLI,

                Plaintiff,        15cv9307 (JGK)

    - against -                <u>ORDER</u>

NYU HOSPITALS CENTER et al,

                Defendants.
――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The defendants should make their motion for summary judgment by June 19, 2020. The plaintiff should respond by August 7, 2020. The defendants may reply by August 28, 2020.

**SO ORDERED.**
**Dated:**    New York, New York
           April 29, 2020        __/s/ John G. Koeltl_____
                                          **John G. Koeltl**
                              **United States District Judge**