```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────────

JEFFREY ZICCARELLI,

                Plaintiff,        15cv9307 (JGK)

    - against -               <u>ORDER</u>

NYU HOSPITALS CENTER et al,

                Defendants.

───────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court resolved the objections to the Magistrate Judge's rulings reflected at Docket Nos. 136 and 137 on the record at the teleconference today.

**SO ORDERED.**
**Dated:**    New York, New York
           April 29, 2020          /s/ John G. Koeltl
                                                   John G. Koeltl
                                      United States District Judge