```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
JEFFREY ZICCARELLI,

                    Plaintiff,          15cv9307 (JGK)

       - against -                      ORDER

NYU HOSPITALS CENTER et al,

                    Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

No pre-motion conference is necessary before the motion for summary judgment which the Court has now scheduled. However, the Court will refer the case to the Magistrate Judge for purposes of settlement including the relative merits of the proposed motion for summary judgment.

**SO ORDERED.**
Dated:   New York, New York
         April 29, 2020                  _____/s/ John G. Koeltl_____
                                               John G. Koeltl
                                         United States District Judge