UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEFFREY ZICCARELLI
,
          Plaintiff,                                      :
          -against-                              **ORDER**
                                                    15-CV-9307 (JGK) (KNF)

NYU HOSPITALS CENTER a/k/a
NYU LANGONE MEDICAL CENTER, ET, AL.,

          Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In a letter dated May 19, 2020, the parties advised the Court that no utility exists in convening the settlement conference scheduled previously for May 27, 2020; therefore, the settlement conference is cancelled.

Dated:  New York, New York                    SO ORDERED:
          May 22, 2020

                                                    _/s/ Kevin Nathaniel Fox_
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE