**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**JEFFRY ZICCARELLI,**

              **Plaintiff,**          15-cv-9307 (JGK)

     - against -                    <u>ORDER</u>

**NYU HOSPITALS CENTER ET AL.,**

              **Defendants.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for another teleconference on May 17, 2021 at 11:00 a.m.

**SO ORDERED.**

**Dated:    New York, New York**
           **April 12, 2021**             /s/ John G. Koeltl
                                          **John G. Koeltl**
                                **United States District Judge**